Ronald H. Freshman, CA Bar No. 225136
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: (858) 756-8288
Facsimile: (858) 964-1728
E-mail: ronfreshman@gmail.com

Attorney for Plaintiff Kimberly Cox

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX,<br><br>　　　　　　　PLAINTIFF,<br>　　　v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, *et al.*;<br><br>　　　　　　　Defendants. | Case No. 5:15-cv-02253-BLF<br><br>[Proposed] ORDER ON STIPULATION TO CEASE AND DESIST FORECLOSURE ACTS DURING THE PENDENCY OF THIS ACTION |

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELLON CORPORATION f/k/a THE BANK OF NEW YORK COMPANY, INC., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02 (collectively "Defendants"), through their respective counsel, have each agreed, pursuant to the executed stipulation attached hereto as Exhibit "1", to cease and desist from any present and future foreclosure acts during the pendency of this action subject to KIMBERLY COX ("Plaintiff") taking her Motion for a Preliminary Injunction off calendar which she did.

**ORDER**

IT IS SO ORDERED that Defendants, their agents or assigns are hereby enjoined as stipulated during the pendency of this action or until otherwise ordered by the Court.

The August 20, 2015 preliminary injunction hearing is hereby VACATED. The case management conference and associated deadlines remain on calendar.

Dated: June 15, 2015

_____
United States District Court Judge

# Exhibit "1"

```
1  Ronald H. Freshman, CA Bar No. 225136
   Law Offices of Ronald H. Freshman
2  3040 Skycrest Drive
   Fallbrook, CA 92028
3  Telephone:  (858) 756-8288
4  Facsimile:  (858) 964-1728
   E-mail: ronfreshman@gmail.com
5
   Attorney for Plaintiff Kimberly Cox
6
7
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX, | Case No. 5:15-cv-02253-NC |
| PLAINTIFF, | STIPULATION TO CEASE AND DESIST FORECLOSURE ACTS DURING THE PENDENCY OF THIS ACTION |
| v. | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; | |
| NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; | |
| THE BANK OF NEW YORK MELLON CORPORATION f/k/a THE BANK OF NEW YORK COMPANY, INC., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02; and, | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | Hearing Date: June 24, 2015<br>Time:        1:00 p.m.<br>Dept:        Courtroom 7, 4th Floor |
| Defendants. | Judge:       Hon. Nathanael M. Cousins |

Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and THE BANK OF NEW YORK MELLON CORPORATION f/k/a THE BANK OF NEW YORK COMPANY, INC., AS TRUSTEE FOR THE

1  CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02, through
2  their respective attorneys, have each agreed to cease and desist from any present and future
3  foreclosure acts during the pendency of this action which includes, but is not thereby limited to:
4  recording any documents related to the subject Property and conducting a Trustee's Sale pursuant
5  to the currently recorded, or any other Notice of Trustee's Sale.
6      Accordingly, Plaintiff through her counsel agrees to take the Motion for a Preliminary
7  Injunction currently scheduled to be heard on June 24, 2015 off calendar subject to all parties'
8  execution of this agreement.

10  IT IS SO STIPULATED:

12  Dated: June 1, 2015

_____
Ronald H. Freshman
Attorney for Plaintiff KIMBERLY COX

Dated: June 2, 2015

_____
David M. Liu
Attorney for Defendant Old Republic
National Title Insurance Company

Dated: June 2, 2015

_____
Thuy Tran
Attorney for New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
and The Bank of New York Mellon
Corporation as Trustee for the
Certificateholders of CWMBS Inc -
CHL Mortgage Pass-Through Trust
2005-02

Ronald H. Freshman, CA Bar No. 225136
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:   (858) 756-8288
Facsimile:     (858) 964-1728
E-mail: ronfreshman@gmail.com

Attorney for Plaintiff Kimberly Cox

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX,<br><br>          PLAINTIFF,<br>     v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, *et al.*;<br><br>          Defendants. | Case No. 5:15-cv-02253-BLF<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 3040 Skycrest Drive, Fallbrook, CA 92028.

On June 14, 2015, I served true copies of the following document(s) on the following parties in this action.

**DOCUMENTS**:

[Proposed] ORDER ON STIPULATION TO CEASE AND DESIST FORECLOSURE ACTS DURING THE PENDENCY OF THIS ACTION

**PARTIES SERVED**:
   OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
   C/O Severson & Werson
   Attn: David M. Liu
   The Atrium
   19100 Von Karman Ave., Suite 700
   Irvine, CA 92612;

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING
C/O Yu Mohandesi, LLP
Attn: Thuy N. Tran
633 West Fifth St., Suite 2800
Los Angeles, CA 90071;

THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02
C/O Yu Mohandesi, LLP
Attn: Thuy N. Tran
633 West Fifth St., Suite 2800
Los Angeles, CA 90071; and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
C/O Severson & Werson
Attn: David E. Pinch
One Embarcadero Center, Site 2600
San Francisco, CA 94111

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 14, 2015, at Fallbrook, CA.

_____
Ronald H. Freshman, Esq.
Attorney for Kimberly Cox