UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY COX,<br><br>    Plaintiff,<br><br>  v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 15-cv-02253-BLF<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE RULE 26 REQUIREMENTS AND CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 103] |

Before the Court is Plaintiff's unopposed Administrative Motion to Continue Rule 26 Requirements and the Case Management Conference ("CMC"), currently set for April 7, 2016 at 11:00 AM. ECF 103. Plaintiff seeks this continuance because this case is in the pleading stage, with Motions to Dismiss the Second Amended Complaint set for hearing on July 21, 2016. The Court GRANTS Plaintiff's Administrative Motion and CONTINUES the CMC to September 22, 2016 at 11:00 AM.

In addition, pursuant to the Court's previous orders granting telephonic appearances for all parties, all parties may appear by phone on the new CMC date. The Court DIRECTS any counsel appearing by phone to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to schedule the telephonic appearance.

**IT IS SO ORDERED.**

Dated: April 5, 2016

                                                             BETH LABSON FREEMAN
                                                             United States District Judge