**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY COX, | No. 16-16566 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-02253-BLF<br>Northern District of California,<br>San Jose |
| v. | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; et al., | ORDER |
| Defendants-Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion (Docket Entry No. 49) for leave to file an oversized reply brief consisting of 34,414 words is denied. The Clerk shall strike the reply brief submitted at Docket Entry No. 50.

Within 21 days after the date of this order, appellant may file a reply brief that does not exceed 8,400 words. *See* 9th Cir. R. 32-2.

13NOV2017/AC/LBS/Pro Mo