**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY COX,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>        Defendants-Appellees. | No.   16-16566<br><br>D.C. No. 5:15-cv-02253-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

      The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process.

      Therefore, this matter is ordered submitted on the briefs and record without oral argument on November 13, 2018, in San Francisco, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7