FILED

NOV 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIMBERLY COX,<br><br>       Plaintiff-Appellant,<br><br>v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>       Defendants-Appellees. | No.   16-16566<br><br>D.C. No. 5:15-cv-02253-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  SCHROEDER and WATFORD, Circuit Judges, and KORMAN,[*] District Judge.

   The Appellant's Motion for an Extension of Time to File Petition for

Rehearing or Rehearing En Banc, Docket No. 99, is **GRANTED.**  Petition for

Panel Rehearing/Rehearing En Banc is due on or before December 21, 2018.

---

   [*]   The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.