FILED

JAN 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIMBERLY COX, | No.   16-16566 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-02253-BLF<br>Northern District of California,<br>San Jose |
| v. | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ORDER |
| Defendants-Appellees. | |

Before:  SCHROEDER and WATFORD, Circuit Judges, and KORMAN,[*] District Judge.

The panel has voted to deny the petition for panel rehearing.  Judge Watford has voted to deny the petition for rehearing en banc, and Judges Schroeder and Korman have so recommended.

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and petition for rehearing en banc, Docket No. 102, are **DENIED.**

The Appellant's Request for Judicial Notice, Docket No. 103, is **DENIED.**