UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY COX,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; et al.,<br><br>    Defendants - Appellees. | No. 16-16566<br><br>D.C. No. 5:15-cv-02253-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

  The judgment of this Court, entered November 19, 2018, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the appellant in the amount of $57.80.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Rebecca Lopez
            Deputy Clerk
            Ninth Circuit Rule 27-7