UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY COX,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC - CHL MORTGAGE PASS-THROUGH TRUST 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　Defendants-Appellees. | No.　16-16566<br><br>D.C. No. 5:15-cv-02253-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SCHROEDER and WATFORD, Circuit Judges, and KORMAN,[*] District Judge.

The Appellant's Motion to Recall and Stay Reissuance of the Mandate, Docket No. 106, is **DENIED.**

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.