# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 13, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re: Kimberly Cox
           v. Old Republic National Title Insurance Company, et al.
           No. 18-1536
           (Your No. 16-16566)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 7, 2019 and placed on the docket June 13, 2019 as No. 18-1536.


                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Melissa Blalock
                          Case Analyst