# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 18, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Kimberly Cox
           v. Old Republic National Title Insurance Company, et al.
           No. 18-1536
           (Your No. 16-16566)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk